## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Kraig Thomas Strenge
Attorney at Law
P. O. Box 52292
Lafayette LA 70502

**REHEARING ACTION: May 9, 2018**

**Docket Number: 17   00876-CA**

**RAVEN BOYANCE, ET AL.**
**VERSUS**
**UNITED FIRE & CASUALTY COMPANY, ET AL.**

**Appealed from St. Martin Parish Case No. 82216**

**BEFORE JUDGES:**

    Hon. Phyllis M. Keaty
    Hon. John E. Conery
    Hon. Van H. Kyzar

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christopher Crain, Louisiana Fresh Produce, LLC, and United**

**Fire and Casualty Company** has this day been

    **DENIED.**
    Conery, J., would grant the rehearing.

cc: David R. Rabalais, Counsel for the Appellee
    Harry Karl Burdette, Counsel for the Appellee